USDC SCAN INDEX SHEET










KAT   2/13/04   14:46

3:04-M -00229   USA V. MILLER

*5*

*CRMO.*



# Minutes of the United States District Court
## Southern District of California
### Thursday, February 12, 2004

2004M 00229-JFS

**For the Honorable:**   James F. Stiven   Magistrate Judge
**Deputy Clerk:**   Maria Mirabella

On Calendar:

2004M 00229-JFS

USA vs.                                            Lang Booking #

(1)DEAN G. MILLER (R)                ENG 89845198   (1) Charles L. Goldberg  RET
   DOA: 01-28-2004   F/A: 01-29-2004   MPHD: 02-27-2004         619 685-3003
                                                   Bruce C. Smith  AUSA
                                                        619 557-5610

**REMOVAL HEARING (1)**

Minutes:

Tape No: JFS04-1:1866-2305

SUBSTITUTION OF COUNSEL ON THE RECORD
ATTY CHARLES GOLDBERG - N/A - RELIEVED
ATTY MICHAEL PANCER - RETAINED

BOND MODIFIED TO EXPAND TRAVEL, ALL OTHER CONDITIONS OF RELEASE REMAIN

DEFT WAIVES IDENTITY HEARING
DEFT ADMITS IDENTITY

DEFT IS ORDERED TO APPEAR IN THE WESTERN DISTRICT OF TEXAS
   ON 02-20-04 AT 10:30 A.M. BEFORE MAGISTRATE JUDGE NORBERT GARNEY

ORDER OF REMOVAL FILED

Printed:   02/13/2004  11:50 am                                    Page 1 of 1