USDC SCAN INDEX SHEET

















KAT    2/13/04    14:49

3:04-M -00229   USA V. MILLER

*6*

*CROCONDREL.*

MODIFIED

04MG0229

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff, ) CRIMINAL CASE NO. 04MG0229
v. )
)  ORDER AND CONDITIONS OF PRETRIAL
Defendant. )  RELEASE: BAIL (18 U.S.C. § 3142(c))

A hearing was held to determine pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. The Magistrate Judge determined an unconditional release pursuant to 18 U.S.C.§ 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C.§ 3142(c). *Good cause appearing*,
   IT IS ORDERED that the defendant shall be released subject to the condition that the defendant: *(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below, as indicated by (✓), in accordance with 18 U.S.C.§ 3142(c)(2):*

**STANDARD CONDITIONS:**

✓ 1. restrict travel to ❑ San Diego County, ❑ Southern District of California, ❑ Central District of California, ❑ State of California, ❑ United States, ❑ do not enter Mexico, ❑ discretion of the Pretrial Services Officer (PSO) or ☑ other: WEST DIST TX + NEW FED. and travel between;

✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO;

✓ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;

✓ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;

✓ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;

✓ 6. provide the court a current residence address and phone number before release from custody.

**ADDITIONAL CONDITIONS:**

___ 7. ❑ be able to legally remain in the United States during pendency of the proceedings and/or
   ❑ surrender passport and/or all travel documents to the Court;

___ 8. submit to treatment, and/or testing, as specified by the PSO, for:
   ❑ drugs or alcohol, and/or ❑ psychiatric or psychological counseling;

___ 9. participate in ❑ an electronic or ❑ a Global Positioning System (GPS) satellite monitoring program, including, release of defendant to PSA custody; and ❑ residence restrictions and/or ❑ permissive travel for employment. Defendant and sureties are responsible for GPS equipment loss or damage.
   ❑ submit to supervision and custody of _____, designated as custodian; and/or
   ❑ remain at a specified residence (curfew) between the hours of ____ P.M. and ____ A.M. daily;

___ 10. not have contact with anyone involved in this case except through counsel, or with the following persons: _____;

___ 11. actively seek and maintain full-time employment, schooling, or combination of both;

✓ 12. execute a personal appearance bond in the amount of $ 40,000 — secured by:
   ☑ a trust deed to the United States on real estate approved by the Magistrate Judge;
   ❑ the co-signatures of _____ financially responsible (related) adults,
   ❑ other: _____

___ 13. provide the court with: ❑ a cash bond and/or ❑ execute a bail bond by an approved solvent corporate surety in the amount of $ _____ that covers **ALL** conditions of release (not just appearances).

✓ 14. ❑ Nebbia hearing, and/or ☑ Examination of Sureties required prior to release from custody;

___ 15. 18 U.S.C.§ 3142(d) hold until _____ ; if no detainer is lodged by then, these conditions take effect.

✓ 16. all conditions previously set will remain the same.

___ 17. other conditions: _____

DATED: 02-12-04

FILED
FEB 12 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
United States Magistrate Judge

cc:   Defendant/Counsel & Pretrial Services Agency

K:\COMMON\EVERYONE\CRIM-49B.WPD
Form Crim-49b(Rev. 8/01)