USDC SCAN INDEX SHEET










KAT    2/26/04    8:47

·3:04-M -00229    USA V. MILLER

*9*

*CRLTR.*

Return

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.　　　　　　　　　　　　　　　　　　　　　　　　Matt Dykman
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy

February 13, 2004

Clerk, U.S. District Court
USDC Western District of Texas
511 East San Antonio
El Paso Texas 79901

　　　　Re:　04m0229, USA vs Dean Miller

Dear Clerk of the Court:

　　　　Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | ___ | Warrant of Removal |
| x | Complaint | x | Order of Removal |
| x | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | x | Waiver of Removal |
| x | Personal Surety Bond (original) | | |
| x | Other  trust deed | | |

　　　　Please acknowledge receipt of the above documents on the enclosed copy of this letter.

　　　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　　　W. Samuel Hamrick, Jr.
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　By: M Stottlemyer, Deputy Clerk